UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2010 OCT -7 PM 3:44

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 5:10-cr-136-1 |
| ) | |
| STEVEN C. SAWYER, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

From on or about December 4, 2009 to on or about December 22, 2009, in the District of Vermont, defendant STEVEN SAWYER did knowingly possess, conceal, and store a stolen firearm, that is, a Browning .22 caliber semi-automatic handgun (serial # 655NV19410), which firearm had been shipped and transported in interstate commerce, knowing, or having reasonable cause to believe, that the firearm was stolen.

(18 U.S.C. §§ 922(j), 924(a)(2))

## COUNT TWO

The Grand Jury further charges:

On or about December 22, 2009, in the District of Vermont, defendant STEVEN SAWYER, having been convicted of crimes punishable by a term of imprisonment exceeding one year, that is:

(1) Aggravated Domestic Assault 1st Degree with a Weapon (April 9, 1999) in District Court, Chittenden County, Vermont;

(2) Aggravated Domestic Assault 2nd Degree (February 6, 2001), in District Court, Chittenden County, Vermont; and,

(3) Escape Custody-Facility (August 24, 2001), in District Court, Chittenden County, Vermont,

did knowingly possess a firearm that had been shipped and transported in interstate commerce, that is, a Browning .22 caliber semi-automatic handgun (Serial # 655NV19410).

(18 U.S.C. §§ 922(g)(1), 924(a)(2))

A TRUE BILL

*Tristram J. Coffin* (signature)
TRISTRAM J. COFFIN (JRP)
United States Attorney

Burlington, Vermont
October 7, 2010