PROB 12
(Rev. 3/88)

# United States District Court
## for
## DISTRICT OF VERMONT

U. S. A. v. Steven Sawyer

Docket No. 5:10cr136-01

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 JAN -4 PM 4: 36

CLERK
BY_____
DEPUTY CLERK

### Petition on Probation and Supervised Release

COMES NOW David C. Sem, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Steven Sawyer who was placed on supervision by the Honorable Christina Reiss, sitting in the court at Rutland, VT, on the 14th day of September 2011 who fixed the period of supervision at two (2) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol.

2) The defendant shall participate in a mental health treatment program approved by his probation officer.

And on the 13th day of July 2015, an additional six (6) month term of supervised release was imposed by the Honorable Christina Reiss, subject to the same special conditions previously imposed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**Condition #7: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician;**

1) On approximately four occasions from on or about 12/10/15 to 1/2/16, supervised releasee Sawyer used heroin, as evidenced his admissions and urine specimens submitted on 12/10/15, 12/14/15, and 12/21/15 that were positive for opiates.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant to bring Sawyer before this Court to show cause why his supervised release should not be revoked.

ORDER OF COURT

Considered and ordered this 4th day of January, 2016 and ordered filed and made a part of the records in the above case. It is further ordered that this petition be sealed until execution of the warrant.

Hon. Christina Reiss
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2016

David C. Sem
Senior U.S. Probation Officer

Place: Burlington, VT
Date: January 4, 2016