# UNITED STATES DISTRICT COURT

District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 APR 19 PM 1:58

CLERK

BY ___PC___
DEPUTY CLERK

UNITED STATES OF AMERICA
v.
STEVEN SAWYER

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 5:10-cr-136-01

USM No. 08213-082

David McColgin, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   7, Special Condition, 3   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Admission of use of heroin, positve urine specimens, | 02/28/2016 |
| 2 | Failed to report for a Urine Specimen | 03/07/2016 |
| 3 | Provided false information to his Probation Officer | 03/08/2016 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5672

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:
Essex, VT

04/19/2016
Date of Imposition of Judgment

Signature of Judge

Christina Reiss, Chief Judge
Name and Title of Judge

04/19/2016
Date

**JUDGMENT ENTERED ON DOCKET**
DATE: 4/19/2016

DEFENDANT: STEVEN SAWYER
CASE NUMBER: 5:10-cr-136-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

6 months; no supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

defendant be incarcerated at Raybrook

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL